IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Phillip Asher,<br>        Plaintiff,<br>vs.<br><br>Clarence Edwards Bowers, in his individual capacity; Lexington County, in official and individual capacity; Kevin Jones, in his official and individual capacity as Director of Lexington County Detention Center; Jay Koon, in his official and individual capacity as Sheriff of Lexington County;Unknown John/Jan Doe(s), in their official and individual capacity, | C/A No. 0:20-cv-02032-TMC-PJG<br><br>**ORDER** |

   This is a civil action filed by a pro se litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. On July 29, 2020 the court issued an order authorizing issuance and service of process. (ECF No.13.) In that order, under the heading "Construction of the Pleading," the court, following initial screening pursuant to applicable law, listed the claims it construed as raised by the Plaintiff in the Amended Complaint.

   Counsel has now entered an appearance for one or more named defendants. The court directs *each legal representative entering an appearance in this matter on behalf of any defendant* to certify that the court's order authorizing service of process has been received and that the Plaintiff's claims as construed by the court have been reviewed by completing the "Defendant's Certification" below and filing it with the court within seven (7) days from the date of this order. If *any party* disagrees with the court's construction of the Plaintiff's claims, he or she may file an appropriate motion with the court within seven (7) days from the date of this order.

   **IT IS SO ORDERED**.

November 10, 2020
Columbia, South Carolina

                s/Paige J. Gossett
                Paige J. Gossett
                UNITED STATES MAGISTRATE JUDGE

### Defendant's Certification

   I, _____ *(print name)*, hereby certify that I have received the order authorizing issuance and service of process in this case and have reviewed the court's construction of the pleading.

                          _____
                          *Signature of party or legal representative*

                          _____
                                   *Date*