IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Phillip Asher, | ) | C/A No. 0:20-2032-TMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Clarence Edwards Bowers; Lexington County; Kevin Jones; Jay Koon; Unknown John/Jan Doe(s), | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is currently before the assigned United States Magistrate Judge for a service of process status review. Plaintiff Phillip Asher, who is self-represented, filed his Complaint on May 29, 2020. (ECF No. 1.) On July 29, 2020, the court issued an order authorizing service and directing the Clerk of Court to issue the summonses and provide the plaintiff with the issued summonses for service of process. (ECF No. 13 at 2.) As directed by the court's order, the Clerk of Court issued summonses pursuant to Federal Rule of Civil Procedure 4(b). (ECF Nos. 14-18.) The plaintiff was specifically advised in the court's order that, pursuant to Federal Rule of Civil Procedure 4(m), he was responsible for service of process. (ECF No. 13 at 2.) The court also advised the plaintiff that, pursuant to Federal Rule of Civil Procedure 4(m), service of process must be effected on the defendant within 90 days. Review of the docket discloses that no proof of service has been filed by the plaintiff as required under Federal Rule of Civil Procedure 4(l) with regard to the defendants.[1] Thus, it appears that Defendant Bowers has not been served with the

---

[1] Although Defendants Lexington County, Jones, and Koon have filed an Answer, they raise insufficient service of process as a defense.

Summons and Complaint, and it is it unclear if Defendants Lexington County, Jones, and Koon have been properly served.

Accordingly, the plaintiff is granted fourteen (14) days to respond in writing to this Order and show good cause for his failure to effect service on Defendant Bowers in a timely manner and to provide proof of service as to the remaining defendants. If the plaintiff does not respond within the time permitted by this Order and demonstrate good cause, the court may recommend that this case be dismissed pursuant to Rule 4(m).

**IT IS SO ORDERED**.

_____

December 8, 2020                           Paige J. Gossett
Columbia, South Carolina            UNITED STATES MAGISTRATE JUDGE